**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MARTISHA STEVENSON,<br>ELISHA HUNTER,<br>Individually and on behalf of others<br>similarly situated | )<br>)<br>)<br>)<br>) | Case No. 1:12-CV-03359-TWT |
| Plaintiffs, | ) | |
| v. | )<br>) | |
| THE GREAT AMERICAN DREAM, INC.<br>d/b/a PIN UPS NIGHTCLUB and JAMES<br>W. LEE, SR.,<br>Defendants. | ) | |

## PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION

COME NOW, Plaintiffs in the above captioned matter, and move this court to conditionally certify a class consisting of all entertainers who have worked as entertainers at Pin Ups Nightclub, 2788 East Ponce De Leon Avenue, Decatur, Georgia, during the three years (plus any period of equitable tolling) prior to the sending of judicially authorized notice in this case.   Plaintiffs request this Court to send judicial notice of the action informing putative collective members of their right to join this action.  Plaintiffs also request this Court to order Defendants to produce an electronic list of all individuals who worked as entertainers at Defendants' nightclub during the applicable time period in order to facilitate the sending of such notice.  This motion is made pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

Respectfully submitted this 17th day of December, 2012.

**THE SHARMAN LAW FIRM LLC**

/s/ Paul J. Sharman
PAUL J. SHARMAN
Georgia State Bar No. 227207

The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 242-5201
Email: paul@sharman-law.com

Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MARTISHA STEVENSON,<br>ELISHA HUNTER,<br>Individually and on behalf of others<br>similarly situated<br><br>   Plaintiffs,<br>v.<br><br>THE GREAT AMERICAN DREAM, INC.<br>d/b/a PIN UPS NIGHTCLUB and JAMES<br>W. LEE, SR.,<br>   Defendants. | )<br>)<br>)<br>)<br>)  Case No. 1:12-CV-03359-TWT<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2012, the undersigned electronically

prepared this PLAINTIFFS' MOTION FOR CONDITIONAL CLASS

CERTIFICATION with one of the font and point selections approved by the court

in Local Rule 5.1(c) and filed it with the Clerk of Court using the CM/ECF system,

which will automatically send notification to the following counsel of record:

Kenneth I. Sokolov, Esq.
Kenneth I Sokolov, PC
1126 Ponce de Leon Avenue, NE
Atlanta, GA 30306
Phone: 404-872-7086
Fax: 404-892-1128
ken@law-in-atlanta.com


/s/ Paul J. Sharman
PAUL J. SHARMAN

Georgia State Bar No. 227207
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 242-5201
Email: paul@sharman-law.com

Counsel for Plaintiffs