

EMPLOYMENT LAW • EMPLOYEE BENEFITS

May 2, 2014

Honorable Thomas W. Thrash, Jr.
ATTN: Sheila T. Sewell
Courtroom Deputy Clerk
2108 United States Courthouse
75 Spring Street, SW
Atlanta, GA 30303-3309

      Re:    *Martisha Stevenson and Elisha Hunter, et al. v. The Great American Dream, Inc. d/b/a Pin Ups Nightclub and James W. Lee, Sr.*
             Case No. 1:12-cv-03359-TWT

Dear Ms. Sewell:

    Pursuant to Local Rule 83.1E(3), I am respectfully requesting that the above-listed case not be calendared during the following periods: July 7, 2014 through July 18, 2014 and July 28, 2014 through August 1, 2014. I will be on vacation with my family during these times and have already purchased non-refundable airline tickets.

    Thank you for your consideration.

                              Sincerely,

                              Paul J. Sharman, Esq.
                            Attorney for Plaintiffs
                            Georgia Bar No. 227207

cc:    Kenneth Sokolov, Esq.

11175 Cicero Drive, Suite 100           Phone: (678) 242-5297
Alpharetta, Georgia 30022              Fax: (678) 802-2129