**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MARTISHA STEVENSON, | ) |
| ELISHA HUNTER, | ) |
| Individually and on behalf of others | ) |
| similarly situated | ) |
| | ) Case No. 1:12-CV-03359-TWT |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| THE GREAT AMERICAN DREAM, INC. | ) |
| d/b/a PIN UPS NIGHTCLUB and JAMES | |
| W. LEE, SR., | |
| Defendants. | |

## PLAINTIFFS' MOTION TO STRIKE PORTION OF DEFENDANTS' REPLY BRIEF REQUESTING PLAINTIFFS' PAYMENT OF DEFENDANTS' ATTORNEY'S FEES

Named Plaintiffs MARTISHA STEVENSON and ELISHA HUNTER, and all Opt-In Plaintiffs, move this Honorable Court to strike the portion of Defendants' Reply Brief in Support of Their Motion to Decertify or to Amend the Conditional Class that requests a sanction against Opt-In Plaintiffs to "pay their pro-rata share of Defendants' attorney's fees.[1]"

Defendants did not raise this argument in its initial motion or brief. Likewise, Plaintiffs did not raise this argument in its response brief. Defendants have raised this issue for the first time in their reply brief. Courts generally do not consider issues raised for the first time in a reply brief. *See Conn. State Dental*

---

[1] Doc. 131, p. 3.

*Ass'n v. Anthem Health Plans, Inc.*, 591 F.3d 1337, 1352 n.11, 2009 U.S. App. LEXIS 28773, *32 (11th Cir. 2009) (treating argument as waived where it was raised for the first time in a reply brief); *Bruce v. PharmaCentra*, LLC, No. 1:07-cv-3053, 2008 U.S. Dist. LEXIS 34509 (N.D. Ga. Apr. 25, 2008) (Thrash, J., adopting Scofield, M.J.).

Based on the above, Opt-In Plaintiffs respectfully request that this Court strike from Defendants' Reply Brief any requests for Opt-In Plaintiffs to pay any share of Defendants' attorney's fees.

Respectfully submitted this 6th day of November, 2014.

/s/ *Paul J. Sharman*
PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

Counsel for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MARTISHA STEVENSON,           )
ELISHA HUNTER,                )
Individually and on behalf of others )
similarly situated            )
                              )  Case No. 1:12-CV-03359-TWT
          Plaintiffs,         )
v.                            )
                              )
THE GREAT AMERICAN DREAM, INC. )
d/b/a PIN UPS NIGHTCLUB and JAMES )
W. LEE, SR.,                  )
          Defendants.

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on November 6, 2014, the undersigned prepared this MOTION

TO STRIKE PORTION OF DEFENDANTS' REPLY BRIEF REQUESTING

PLAINTIFFS' PAYMENT OF DEFENDANTS' ATTORNEY'S FEES with one of

the font and point selections approved by the court in Local Rule 5.1(c) and

electronically filed this with the Clerk of Court using the CM/ECF system, which

will automatically send notification to the following counsel of record:

Kenneth I. Sokolov, Esq.
Wagner Johnston & Rosenthal, P.C.
5855 Sandy Springs Circle
Suite 300
Atlanta, GA 30328-4834
Phone: 404-261-0500
Fax: 404-261-6779
kis@wjrlaw.com

3

/s/ *Paul J. Sharman*
PAUL J. SHARMAN
Georgia State Bar No. 227207
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

Counsel for Plaintiffs