IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTISHA STEVENSON,<br>ELISHA HUNTER,<br>Individually and on behalf of others<br>similarly situated<br><br>          Plaintiffs,<br>v.<br><br>THE GREAT AMERICAN DREAM, INC.<br>d/b/a PINUPS and JAMES W. LEE, SR.,<br>          Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:12-CV-03359-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

## **CONSENT ORDER DISMISSING OPT-IN PLAINTIFFS WHO FAILED TO PROVIDE VERIFIED DISCOVERY RESPONSES**

Pursuant to this Court's Order of June 11, 2015, and upon consent of counsel, the following opt-in Plaintiffs are hereby ordered DISMISSED:

Mia Anthony

Sylver Banks

Michelle Blount

Kristen Brown

Quomiesha Cash

Sequoia Clemons

Crystal Davis

1

Latasha Davis

Amanda Duke

Rayna Fleming

Tiawanda Galimore

Taylor Hagans

Kadine Hanes

Margaret Harvey

Sharri Hayes

Donnisha Hoskins

Tara Hughes

Kamil Johnson

Taliah McCier

Jayda Meiguez

Precious Montgomery

Akisha Morgan

Calvinette Overstreet

Diamando Reynolds

Joy Richardson

Summer Sales

Tasherra Sidney

Tara Sowells

Mondrena Spearman

Ashley Varner

Casey Watson

Saquena Williams

Vanessa Wimbush

This Consent Order supersedes the Order of August 12, 2015 [Doc. 143].


SO ORDERED, this 13th day of August, 2015.


                                               /s/Thomas W. Thrash
                                               Thomas W. Thrash, Jr.
                                               Judge, United States District Court
                                               Northern District Of Georgia, Atl. Division

Presented By:

<u>/s/Paul J. Sharman, Esq.</u>
Georgia Bar # 227207
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
678.242.5297 Tel
678.242.5201 Fax
paul@sharman-law.com

Attorney For Plaintiffs
Martisha Stevenson, Elisha Hunter, et al.