IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTISHA STEVENSON, <br> ELISHA HUNTER, <br> Individually and on behalf of others <br> similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> THE GREAT AMERICAN DREAM, INC. <br> d/b/a PINUPS, <br> Defendants. | Case No. 1:12-CV-03359-TWT |

## ORDER

This matter is before the Court pursuant to the Parties' Joint Motion for Approval of Settlement Agreement and Release. Upon review of the proposed Settlement Agreement and Release, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Approval of Settlement Agreement and Release is **GRANTED**.

2. The Parties' FLSA Settlement Agreement and Release is **APPROVED**.

3. The instant case is **DISMISSED WITH PREJUDICE** against all Defendants.

1

4. This Court retains jurisdiction to enforce the terms of the Settlement Agreement and Release upon motion of either party.

SO ORDERED, this 15th day of July, 2016.

/s/Thomas W. Thrash _____
JUDGE, United States District Court
Northern District Of Georgia, Atl. Division