# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARTISHA STEVENSON, <br> ELISHA HUNTER, <br> Individually and on behalf of others <br> similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> THE GREAT AMERICAN DREAM, INC. <br> d/b/a PIN UPS, <br>        Defendants. | Case No. 1:12-CV-03359-TWT |

## AMENDED MOTION TO RE-OPEN CASE AND FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs Martisha Stevenson and Elisha Hunter move to re-open this case and for entry of a consent judgment. In support thereof, Plaintiffs show as follows.

1.

On July 15, 2016, this Court granted the Parties' Joint Motion for Approval of Settlement Agreement and Release, approved the Parties' FLSA Settlement Agreement and Release, dismissed the case, and retained jurisdiction to enforce the terms of the Settlement Agreement and Release upon motion of either party. (Doc. 150).

2.

Following the initial down payments made by Defendants in July and

1

September 2016, 42 monthly payments by Defendant were due to Plaintiffs' counsel on the 25th of each month beginning on October 25, 2016. (Doc. 149-2).

3.

On June 12, 2019, Plaintiffs' counsel emailed Defendant's counsel regarding the whereabouts of the April 25, 2019 and May 25, 2019 payments, which were past due at that point. (Exhibit 1).

4.

No response was received from Defendant's counsel.

5.

On July 2, 2019, Plaintiffs' counsel emailed Defendant's counsel stating that a motion for consent judgment would be filed if there was no plan to get caught up on the payment schedule. (Exhibit 2).

6.

On July 9, 2019, Defendant's counsel responded that "I am advised my client is sending a payment today; another payment the week of the 24th and third payment the week of the 31st." (Exhibit 3).

7.

The first payment was received, but it was returned by the bank. (Exhibit 4).

8.

On July 15, 2019, Plaintiffs' counsel emailed Defendant's counsel and

requested a replacement payment and for all future payments to be made by money order or cashier's check, as this was not the first time a payment was returned by the bank. (Exhibit 5).

9.

Defendant's counsel called Plaintiffs' counsel on July 16, 2019 and reported that the business was having some cash flow issues, but that his client expected to have an update on its ability to resume payments within 30 days or so.

10.

Plaintiffs' counsel emailed Defendant's counsel for an update on August 14, 2019. (Exhibit 6).

11.

On or around August 16, 2019, Defendant's counsel called Plaintiffs' counsel and advised that the business was still having cash flow issues.

12.

As of the date of this filing, Defendant owes five past due payments (April, May, June, July, and August) with no indication if or when Defendant will make a payment.

13.

On June 10, 2016, Plaintiffs' counsel and Defendant's counsel signed a

Consent Judgment stating in relevant part,

> In the event Defendant does not make any of their scheduled payments as described in Section 8 to the parties' settlement agreement in this case and do not cure the default within 15 days of Defendant's Counsel receiving written notice of the default, Plaintiffs may file this Consent Judgment and shall be immediately entitled to full payment of the seven hundred and fifty thousand dollars ($750,000) by Defendant, less all payments already made by Defendant under the Settlement Agreement as of the date this Consent Judgment is filed.

(Exhibit 7).

14.

Defendant is in violation of the Settlement Agreement and Plaintiffs are entitled to full payment of $750,000 minus the amount already paid of $425,000 ($50,000 initial payment plus 30 monthly payments of $12,500) for a total of $325,000.

15.

Under the terms of the Settlement Agreement, Consent Judgment and this Court's Order of July 15, 2016, Plaintiff respectfully requests that this court reopens this case, finds Defendant in violation of the Settlement Agreement and under the terms of the Consent Judgment, enters judgment in the amount of $325,000 plus reasonable attorney's fees in the amount of $1,050 for filing this motion, payable immediately to Plaintiffs in care of Plaintiff's counsel.

Respectfully submitted, this 30th day of August, 2019.

            */s/ Paul J. Sharman*
            Paul J. Sharman
            Georgia Bar No. 227207

            The Sharman Law Firm LLC
            11175 Cicero Dr., Suite 100
            Alpharetta, Georgia 30022
            (678) 242-5297
            paul@sharman-law.com

            Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARTISHA STEVENSON, ELISHA HUNTER, Individually and on behalf of others similarly situated<br><br>     Plaintiffs,<br>v.<br><br>THE GREAT AMERICAN DREAM, INC. d/b/a PINUPS,<br>     Defendants. | Case No. 1:11-CV-03359-TWT<br><br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day typed the foregoing AMENDED MOTION TO REOPEN CASE AND FOR ENTRY OF CONSENT JUDGMENT with one of the font and point selections approved in LR 5.1C and electronically filed it with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 30th day of August, 2019.

> s/*Paul J. Sharman*
> Paul J. Sharman
> Georgia Bar No. 227207
> The Sharman Law Firm LLC
> 11175 Cicero Dr., Suite 100
> Alpharetta, Georgia 30022
> (678) 242-5297
> paul@sharman-law.com
> Attorney for Plaintiffs