IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTISHA STEVENSON<br>Individually and on behalf of others<br>similarly situated, et al.,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>THE GREAT AMERICAN DREAM,<br>INC. doing business as<br>Pinups, et al.,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:12-CV-3359-TWT |

**ORDER**

This is an FLSA overtime case. It is before the Court on the Plaintiffs' Motion to Reopen Case and for Consent Judgment [Doc. 156]. No response to the motion has been filed and it is treated as unopposed pursuant to Local Rule 7.1. The Plaintiffs' Motion to Reopen Case and for Consent Judgment [Doc. 156] is GRANTED. The Clerk is directed to enter judgment in favor of the Plaintiffs in the amount of $325,000.00 plus $1,050.00 in attorney fees.

T:\ORDERS\12\Stevenson\reopen.docx

SO ORDERED, this 9 day of October, 2019.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge