UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARTISHA STEVENSON, Individually and on behalf of others similarly situated, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE GREAT AMERICAN DREAM, INC. doing business as Pinups, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:12-CV-3359-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, United States Chief District Judge, for consideration of the Plaintiffs' Motion for Consent Judgment, and the court having **GRANTED** said motion, it is

**Ordered and adjudged** that the Plaintiffs recover $325,000.00 plus $1,050.00 in attorney fees.

Dated at Atlanta, Georgia, this 10th day of October, 2019.

                                                JAMES N. HATTEN
                                              CLERK OF COURT

                                  By:  s/ Stephanie Pittman
                                         Stephanie Pittman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 10, 2019
James N. Hatten
Clerk of Court

By: s/ Stephanie Pittman
      Deputy Clerk